# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ERIC MITCHELL BLANTON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-39 |
| | * | |
| v. | * | |
| | * | |
| SHERIFF BENNY DELOACH, and CHIEF DEPUTY LEE SWEAT, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge, dkt. no. 17, to which Objections have been filed, dkt. no. 18. After an independent and *de novo* review of the entire record of this case, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss, dkt. no. 10, and **DISMISSES THIS ACTION** for Plaintiff's failure to state a claim. Additionally, the Court **DENIES** Plaintiff's Motion for Default Judgment, dkt. no. 14, and **DENIES** Plaintiff leave to appeal in forma pauperis. The Clerk of Court

is authorized and directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this _6_ day of _December_, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA